| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW HAMPSHIRE |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Detail Design Builders, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-0409310** |
| 4. | Debtor's address | **Principal place of business**<br><br>**13 Columbia Drive, Unit 7**<br>**Amherst, NH 03031**<br>Number, Street, City, State & ZIP Code<br><br>**Hillsborough**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Detail Design Builders, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Detail Design Builders, LLC**  Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor  **Detail Design Builders, LLC**  Case number (*if known*)
         Name

☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor **Detail Design Builders, LLC**     Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 22, 2022**
                    MM / DD / YYYY

X **/s/ Robert L. MacDonald, Jr.**          **Robert L. MacDonald, Jr.**
  Signature of authorized representative of debtor      Printed name

Title   **Member**

**18. Signature of attorney**

X **/s/ Eleanor Wm. Dahar**         Date **November 22, 2022**
  Signature of attorney for debtor                      MM / DD / YYYY

**Eleanor Wm. Dahar**
Printed name

**Victor W. Dahar Professional Association**
Firm name

**20 Merrimack Street**
**Manchester, NH 03101**
Number, Street, City, State & ZIP Code

Contact phone **(603) 622-6595**    Email address **vdaharpa@att.net**

**BNH 01784 NH**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Detail Design Builders, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | | | | | | $64,170.44 |
| Apex Funding Source, LLC<br>7 Sherwood Drive<br>Lakewood, NJ 08701 | | Attachment on Citizens Bank account | | | | $159,353.00 |
| Brian Stefano<br>8 Priscilla Lane<br>Westford, MA 01886-2151 | | | | | | $250,000.00 |
| Delta Bridge Capital, LLC<br>1985 Henderson Road<br>Columbus, OH 43220 | | | | | | $132,500.00 |
| Diesel Funding, LLC<br>633 NE 167th St<br>Miami, FL 33162 | | | | | | $157,550.00 |
| Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801 | | | | | | $92,767.13 |
| Earthscape & Lawn, Inc.<br>14 Frances Hill Road<br>Westford, MA 01886-2026 | | | | | | $63,975.00 |
| Enterprise Bank & Trust<br>222 Merrimack Street<br>Lowell, MA 01852 | | Line of Credit | | | | $48,500.00 |

Debtor **Detail Design Builders, LLC**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Flooring Showcase**<br>63 Powers Road, Unit 1<br>Westford, MA 01886-4143 | | | | | | $48,000.00 |
| **Fundbox, Inc.**<br>6900 Dallas Parkway, Ste 700<br>Plano, TX 75024 | | | | | | $56,716.12 |
| **Kapitus**<br>120 W 45th Street<br>New York, NY 10036 | | | | | | $114,000.00 |
| **Meridian Equipment Finance, LLC**<br>9 Old Lincoln Highway<br>Malvern, PA 19355 | | **Accellerated balance due** | | | | $151,500.00 |
| **Newco Capital Group VI LLC**<br>25 Robert Pitt Drive, Suite 204<br>Monsey, NY 10952 | | **Lawsuit filed in New York Supreme Court** | | | | $141,442.60 |
| **PJ Currier Lumber Co.**<br>82 Ponemah Road<br>Amherst, NH 03031 | | | | | | $236,481.42 |
| **SBA**<br>NH District Office<br>55 Pleasant Street Suite 3101<br>Concord, NH 03301 | | **Small Business Loan** | | | | $147,481.77 |
| **Small Business Administration**<br>55 Pleasant Street, Suite 3101<br>Concord, NH 03301 | | **PPP Loan** | | | | $94,537.50 |
| **Strategic Funding Source, Inc.**<br>1501 Broadway, Suite 360<br>New York, NY 10036 | | | | | | $106,500.00 |
| **Theide Plumbing & Heating**<br>89 West Street<br>Westford, MA 01886 | | | | | | $129,369.31 |
| **Velocity Capital Group**<br>Pearsall Avenue<br>Cedarhurst, NY 11516 | | | | | | $113,187.00 |

Debtor **Detail Design Builders, LLC**　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wilson Technologies, LLC**<br>**4 Regina Road**<br>**Brookline, NH**<br>**03033-2435** | | | | | | **$98,925.41** |

# United States Bankruptcy Court
## District of New Hampshire

In re  **Detail Design Builders, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Detail Design Builders, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 22, 2022**  
Date

**/s/ Eleanor Wm. Dahar**  
**Eleanor Wm. Dahar**  
Signature of Attorney or Litigant  
Counsel for **Detail Design Builders, LLC**  
Victor W. Dahar Professional Association  
20 Merrimack Street  
Manchester, NH 03101  
(603) 622-6595 Fax:(603) 647-8054  
vdaharpa@att.net

# United States Bankruptcy Court
### District of New Hampshire

In re  **Detail Design Builders, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of **7** pages is complete, correct and consistent with the debtor's schedules pursuant to LBRs and assumes all responsibility for errors and omissions.

Date:  **November 22, 2022**

**/s/ Robert L. MacDonald, Jr.**  
Debtor Signature  
**Robert L. MacDonald, Jr.**  
Print Name  
Address  **13 Columbia Drive, Unit 7**  
**Amherst NH 03031-0000**  
Tel. No.

LBF 1007-2 (Eff. 11/1/16)

A. Rodd Industries
23 Pond Parish Road
Amherst, NH 03031

Accessibility for New England, Inc.
328 Province Road
Strafford, NH 03884

Advanced Funding, LLC
48 Wall Street, 11th Floor
New York, NY 10005

AllTherm
117 Elm Street
Saco, ME 04072

American Express
PO Box 981537
El Paso, TX 79998-1537

Amy M. Feliciano, Clerk
Hillsborough Superior Court - South
Case #226-2022-CV-00273
30 Spring Street
Nashua, NH 03060

Apex Funding Source, LLC
7 Sherwood Drive
Lakewood, NJ 08701

Ariel Bouskila, Esq.
Berkovitch & Bouskila, PLLC
80 Broad Street, Suite 3303
New York, NY 10004

Associated Concrete Coating, Inc.
476 Valley Street
Manchester, NH 03103

AT&T
PO Box 6463
GA 30197-6463

Bacon's Garage Doors
23 Chestnut Road
Tyngsboro, MA 01879

Bean Group
108 Ponemah Road
Amherst, NH 03031

Bernstein Shur Sawyer & Nelson
100 Middle Street
PO Box 9729
Portland, ME 04104-5029

```
Bluevine
30 Montgomery Street
Jersey City, NJ 07302

Brian Stefano
8 Priscilla Lane
Westford, MA 01886-2151

Citizens Bank
525 William Penn Place
Suite PW2140
Pittsburgh, PA 15219

Citizens One
10561 Telegraph Road
Glen Allen, VA 23059

Comfort 4 You, LLC
286 Goffstown Back Road
91 Sandown Road, Unit 2
Goffstown, NH 03045

D. Crescio Trucking
PO Box 512
Billerica, MA 01821

Dartmouth-Hitchcock
P.O. Box 419114
Boston, MA 02241-9114

Delta Bridge Capital, LLC
1985 Henderson Road
Columbus, OH 43220

Design Tile & Flooring
301 34th Ave S
Waite Park, MN 56387

Diamond Paving, Inc.
PO Box 1513
Seabrook, NH 03874

Diesel Funding, LLC
633 NE 167th St
Miami, FL 33162

Dig Deep Excavating, LLC
19 North Mason Road
Brookline, NH 03033

Direct Capital
155 Commerce Way
Portsmouth, NH 03801
```

```
Earthscape & Lawn, Inc.
14 Frances Hill Road
Westford, MA 01886-2026

Eastern Propane Gas, Inc.
PO Box 8900
Lewiston, ME 04243-8900

Electrical Supply of Milford
318 South Street
Milford, NH 03055

Energy Improvements, Inc.
PO Box 4085
Concord, NH 03302-4085

Enterprise Bank & Trust
222 Merrimack Street
Lowell, MA 01852

Fieldstone Land Consultants PLLC
206 Elm Street
Milford, NH 03055

Flooring Showcase
63 Powers Road, Unit 1
Westford, MA 01886-4143

Forward Financing
53 State Street, 20th Floor
Boston, MA 02109

Fundbox, Inc.
6900 Dallas Parkway, Ste 700
Plano, TX 75024

FW Webb
7 Redmond Street
Nashua, NH 03062

Harvard Pilgrim Health Care
PO Box 970050
Boston, MA 02297-0050

Internal Revenue
Automated Collection System Support
PO Box 57
Bensalem, PA 19020-8514

James Longa & Son, Inc.
17 Twin Bridge Road
Merrimack, NH 03054
```

```
Joyce Cooling & Heating, Inc.
51 Lake Street
Nashua, NH 03060

Kapitus
120 W 45th Street
New York, NY 10036

Legend Advanced Funding
800 Brickell Ave, Suite 902
Miami, FL 33131

Mareld Company, Inc.
400 Amherst Street, Suite 202
Nashua, NH 03063

Meridian Equipment Finance, LLC
9 Old Lincoln Highway
Malvern, PA 19355

Meridian Land Services
PO Box 118
Milford, NH 03055

Michael J. Atkins, Esq.
Atkins Callahan, PLLC
20 Depot Street, Suite 220
Peterborough, NH 03458

Mossy Creek Marble & Granite, LLC
PO Box 94
Temple, NH 03084

Newco Capital Group VI LLC
25 Robert Pitt Drive, Suite 204
Monsey, NY 10952

Northeast Credit Union
100 Borthwick Avenue
Portsmouth, NH 03801

On Point Concrete Foundations, LLC
18 Cote Avenue
Goffstown, NH 03045

Philip H. Mathewson Companies, Inc.
160 Norway Hill Road
Hancock, NH 03449

PJ Currier Lumber Co.
82 Ponemah Road
Amherst, NH 03031
```

Portland Glass
450 Amherst Street
Nashua, NH 03063

Preferred Skimcoat, Inc.
5 Hartson Circle
Hudson, NH 03051

Proulx Oil & Propane
PO Box 419
Newmarket, NH 03857

Robert L. Saldutti, Esq.
Saldutti Law Group
1700 Market Street, Suite 1005
Philadelphia, PA 19103

Sandoval Construction
23 Market Square
Lynn, MA 01905

SBA
NH District Office
55 Pleasant Street
Suite 3101
Concord, NH 03301

Sentry Roofing
61 Beech Street
Manchester, NH 03103

Small Business Administration
55 Pleasant Street, Suite 3101
Concord, NH 03301

Smart Home Solutions, Inc.
99 York Street
Kennebunk, ME 04043

Smart Touch Painting, LLC
Leandro Dos Santos
17 Northmont Road Ext.
Bristol, CT 06010

Sorin Nica
Simona Ioja
13 Whitetail Ridge
Merrimack, NH 03054

State Street Discount
3613 Lafayette Road
Portsmouth, NH 03801

```
Strategic Funding Source, Inc.
1501 Broadway, Suite 360
New York, NY 10036

Supreme Court for the State of New York
Ontario County
Case #133800-2022
20 Ontario Street
Canandaigua, NY 14424

Supreme Court for the State of New York
Ontario County
Case #133794-2022
20 Ontario Street
Canandaigua, NY 14424

Theide Plumbing & Heating
89 West Street
Westford, MA 01886

Top Line Granite
347 Middlesex Road
Tyngsboro, MA 01879

Triangle Portable Services, Inc.
29 Chester Raod
Derry, NH 03038

Velocity Capital Group
Pearsall Avenue
Cedarhurst, NY 11516

White Mountain Insulation & Spray Foam
PO Box 237
Lincoln, NH 03251

Wilson Technologies, LLC
4 Regina Road
Brookline, NH 03033-2435

Wood Hawk, LLC
236 Jug City Road
Epsom, NH 03234

Wragg Bros.
PO Box 110
Ascutney, VT 05030

Wurth Baer Supply
9 Delta Drive
Londonderry, NH 03053
```

Yehuda Klein, Esq.
The Klein Law Firm LLC
PO Box 714
Lakewood, NJ 08701