**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE**

In re

Detail Design Builders, LLC

               Debtor

Chapter 7

Case No. 22-10577-BAH

### NOTICE OF ATTORNEY WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned, Michael S. Askenaizer, Esq. and The Law Offices of Michael S. Askenaizer, PLLC ("Counsel") hereby withdraw as counsel for Creditor, Joyce Cooling & Heating, Inc., and withdraws their request for copies of notices and other papers filed in this case.

Creditor, Joyce Cooling & Heating, Inc., can be reached as the following address:

      51 Lake Street
      Nashua, NH03060

      Respectfully submitted,
      The Law Offices of Michael S. Askenaizer, PLLC

Dated:  January 5, 2024      By:  /s/ Michael S. Askenaizer
                                        Michael S. Askenaizer
                                        (BNH# 04714)
                                        29 Factory Street
                                        Nashua, New Hampshire 03060
                                        Telephone:  (603) 594-0300
                                        Facsimile:   (603)594-0303
                                        Attorney for Debtor

CERTIFICATION OF SERVICE

I, Michael S. Askenaizer of 29 Factory Street, Nashua, New Hampshire 03060 certify:

That I am, and at all times hereinafter was, more than 18 years of age;

That on the 5th day of January, 2024, I served a copy of the foregoing document filed in this proceeding on:

Office Of the U.S. Trustee
James C. Cleveland Federal Building
53 Pleasant Street, Suite 2300
Concord, NH 03301

All parties on the Court's CM/ECF list

In addition to the parties served electronically, the following were served via U.S. Mail:

Joyce Cooling & Heating, Inc.
51 Lake Street
Nashua, NH 03060

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   January 5, 2024              /s/ Michael S. Askenaizer
                                      Michael S. Askenaizer