United States Bankruptcy Court
District of New Hampshire

In re:     Case No. 22-10577-BAH
Detail Design Builders, LLC     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1    User: admin    Page 1 of 3
Date Rcvd: Jan 05, 2024    Form ID: 296    Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Detail Design Builders, LLC, c/o Robert L. Macdonald, Jr., 37 Thornton Drive, Merrimack, NH 03054 |
| cr | + | Accessibility for New England, Inc., 328 Province Road, Strafford, NH 03884, US 03884-6644 |
| cr | | Angela D. Casazza, 290 Wishawum Road, Unit 1038, Andover, MA 01810 |
| cr | + | Catherine Turbett, 19 White Tail Ridge, Merrimack, NH 03054-2991 |
| cr | + | Celeste Hunt, 18 White Tail Ridge, Merrimack, NH 03054-2991 |
| cr | + | Clinton Howell, 19 White Tail Ridge, Merrimack, NH 03054-2991 |
| cr | | Comfort 4 You, LLC, 91 Sandown Road, Unit 2, Goffstown, NH 03045 |
| cr | + | Enterprise Bank and Trust Company, 222 Merrimack Street, Lowell, MA 01852-5994 |
| cr | + | First Citizens Bank & Trust Company, c/o Kenneth D. Peters, Dressler Peters, LLC, 101 W. Grand Ave., Ste. 404 Chicago, IL 60654-7129 |
| cr | + | First-Citizens Bank & Trust Company, as successor, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| auc | + | James R. St. Jean Auctioneers, 45 Exeter Road, PO Box, 400, Epping, NH 03042-0400 |
| cr | #+ | John Paul Brennan, III, 29 Greatstone Drive, Merrimack, NH 03054-2342 |
| cr | + | Joyce Cooling & Heating, Inc., 51 Lake Street, Nashua, NH 03060-4513 |
| cr | + | Kapitus Servicing, Inc., 120 W. 45th Street, 4th Floor, New York, NY 10036-4041 |
| cr | + | Paul Hunt, 18 White Tail Ridge, Merrimack, NH 03054-2991 |
| cr | | Robert J. Casazza, 290 Wishawum Road, Unit 1038, Andover, MA 01810 |
| cr | #+ | Shannon M. Brennan, 29 Greatstone Drive, Merrimack, NH 03054-2342 |
| cr | + | Sorin Nica & Simona Ioja, 5 Vanderbilt Drive, Unit 307, Merrimack, NH 03054-4225 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2024     Signature:    /s/Gustava Winters

Case: 22-10577-BAH  Doc #: 138  Filed: 01/07/24  Desc: Imaged Certificate of Notice  Page 2 of 4

| District/off: 0102-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: 296 | Total Noticed: 18 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher P. Mulligan | on behalf of Creditor Accessibility for New England  Inc. cmulligan@bosenandassociates.com |
| Craig S. Donais | on behalf of Creditor Shannon M. Brennan cdonais@wadleighlaw.com  kdraus@wadleighlaw.com;cdonais@recap.email |
| Craig S. Donais | on behalf of Creditor John Paul Brennan  III cdonais@wadleighlaw.com, kdraus@wadleighlaw.com;cdonais@recap.email |
| David K. Pinsonneault | on behalf of Creditor Mareld Company  Inc. dpinsonneault@winerbennett.com, pliamos@winerbennett.com |
| Deborah A. Notinger | on behalf of Creditor Celeste Hunt notingerd@cwbpa.com  sansr@cwbpa.com;guerettec@cwbpa.com |
| Deborah A. Notinger | on behalf of Creditor Paul Hunt notingerd@cwbpa.com  sansr@cwbpa.com;guerettec@cwbpa.com |
| Deborah A. Notinger | on behalf of Creditor Clinton Howell notingerd@cwbpa.com  sansr@cwbpa.com;guerettec@cwbpa.com |
| Deborah A. Notinger | on behalf of Creditor Catherine Turbett notingerd@cwbpa.com  sansr@cwbpa.com;guerettec@cwbpa.com |
| Edmond J. Ford | on behalf of Creditor Sorin Nica & Simona Ioja eford@fordlaw.com |
| Eleanor Wm Dahar | on behalf of Debtor Detail Design Builders  LLC edahar@att.net |
| Gregory A. Moffett | on behalf of Creditor Joseph M. Machado gmoffett@preti.com  sbarrington@preti.com;bcolwell@preti.com |
| Gregory A. Moffett | on behalf of Creditor Katherine Machado gmoffett@preti.com  sbarrington@preti.com;bcolwell@preti.com |
| James S. LaMontagne | on behalf of Trustee Timothy P. Smith nhbankruptcycourt@sheehan.com  asrimouksavanh@sheehan.com;jlamontagne@sheehan.com;kstavaski@sheehan.com |
| James S. LaMontagne | on behalf of Trustee James S. LaMontagne jlamontagne@sheehan.com  asrimouksavanh@sheehan.com |
| Joseph A. Foster | on behalf of Creditor First-Citizens Bank & Trust Company  as successor by Merger to CIT Bank, N.A. joe.foster@mclane.com, bankruptcy@mclane.com |
| Kenneth D. Peters | on behalf of Creditor First Citizens Bank & Trust Company kpeters@dresslerpeters.com  rmccandless@dresslerpeters.com |
| Kevin J. Kiely | on behalf of Creditor Ford Motor Credit Company  LLC kevin@oldharborlaw.com |
| Kimberly Bacher | on behalf of U.S. Trustee Office of the U.S. Trustee kimberly.bacher@usdoj.gov  kimberlyabacher@hotmail.com |
| Marc L. Van De Water | on behalf of Creditor Comfort 4 You  LLC vlawusa@gmail.com, dtmwiawah@comcast.net;SenseiLawyer@gmail.com;G12548@notify.cincompass.com;Marc@vlawusa.com;VDW8675309@gmail.com;Esq..MarcL.VanDeW.B123952@notify.bestcase.com |
| Matthew R. Johnson | on behalf of Creditor Angela D. Casazza mjohnson@devinemillimet.com  dprovencher@devinemillimet.com |
| Matthew R. Johnson | on behalf of Creditor Robert J. Casazza mjohnson@devinemillimet.com  dprovencher@devinemillimet.com |
| Michael J. Atkins | on behalf of Creditor The Philip H. Mathewson Companies  Inc. mja@atkinscallahan.com, tas@atkinscallahan.com |
| Michael S. Askenaizer | on behalf of Creditor Joyce Cooling & Heating  Inc. michael@askenaizer.com |
| Nicholas A. Kanakis | |

| District/off: 0102-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: 296 | Total Noticed: 18 |

    on behalf of Creditor Enterprise Bank and Trust Company nak@nhlaw-nashua.com

Office of the U.S. Trustee
    USTPRegion01.MR.ECF@usdoj.gov

Ryan M. Borden
    on behalf of Creditor Sorin Nica & Simona Ioja rborden@fordlaw.com

Timothy P. Smith
    tpatsmith31@gmail.com  tpsmith@ecf.axosfs.com

William S. Gannon
    on behalf of Creditor Kapitus Servicing  Inc. bgannon@gannonlawfirm.com, jarquette@gannonlawfirm.com;bvenuti@gannonlawfirm.com;gannonlawfirm@gmail.com;s.wr70639@notify.bestcase.com;beth.office.gannon@gmail.com;wsg1590sa@gmail.com

TOTAL: 28

**UNITED STATES BANKRUPTCY COURT**

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:  Bk. No. 22−10577−BAH
Chapter 7
Detail Design Builders, LLC
    Debtor

---

### NOTICE OF ENTRY OF WITHDRAWAL OF COUNSEL

To: Joyce Cooling & Heating, Inc.

Court records indicate the withdrawal of Michael S. Askenaizer as your counsel.

You are hereby notified that you must advise the Court on or before **January 26, 2024** of the name of your new attorney, or in the alternative, of your decision to appear pro se (without counsel) in accordance with Local Bankruptcy Rule 2091−1.

If no new appearance or response is received within the time specified, the file will be referred to a judicial officer for further action, which may result in the denial of any pending motion and/or dismissal of the case.

Date: January 5, 2024
                                                            Kristie Trimarco
                                                            Clerk of Court
                                                            By: /s/ James Lavalley
                                                            Deputy Clerk

Form GTntcwdrwaty−296