# UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF NEW HAMPSHIRE

In re                                                    Bk. No. 22-10577-BAH
                                                          Chapter 7

Detail Design Builders, LLC,

       Debtor

### ORDER REASSIGNING CASE

The above-captioned bankruptcy case is hereby reassigned to Judge Michael A. Fagone.  The reassignment is for internal purposes only and does not change the general reference of all bankruptcy cases by the United States District Court for the District of New Hampshire to the bankruptcy judge of the United States Bankruptcy Court for the District of New Hampshire.  Each bankruptcy judge may act in the place of the other when necessary.

Parties requiring hearings in this reassigned case may contact Taylor Boilard, courtroom deputy, at 603-222-2644.  Any documents filed in this matter shall display the initials MAF after the case number and proposed orders should be drafted for Judge Fagone's signature.

Dated:    July 22, 2024

                                                      /s/ Bruce A. Harwood
                                                      Bruce A. Harwood
                                                      Chief Judge