United States Bankruptcy Court

District of New Hampshire

| | |
|---|---|
| In re: | Case No. 22-10577-MAF |
| Detail Design Builders, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Jul 22, 2024 | Form ID: pdf642 | Total Noticed: 152 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Detail Design Builders, LLC, c/o Robert L. Macdonald, Jr., 37 Thornton Drive, Merrimack, NH 03054 |
| cr | + | Accessibility for New England, Inc., 328 Province Road, Strafford, NH 03884, US 03884-6644 |
| cr | | Angela D. Casazza, 290 Wishawum Road, Unit 1038, Andover, MA 01810 |
| cr | + | Catherine Turbett, 19 White Tail Ridge, Merrimack, NH 03054-2991 |
| cr | + | Celeste Hunt, 18 White Tail Ridge, Merrimack, NH 03054-2991 |
| cr | + | Clinton Howell, 19 White Tail Ridge, Merrimack, NH 03054-2991 |
| cr | | Comfort 4 You, LLC, 91 Sandown Road, Unit 2, Goffstown, NH 03045 |
| cr | + | First-Citizens Bank & Trust Company, as successor, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| auc | + | James R. St. Jean Auctioneers, 45 Exeter Road, PO Box, 400, Epping, NH 03042-0400 |
| cr | #+ | John Paul Brennan, III, 29 Greatstone Drive, Merrimack, NH 03054-2342 |
| cr | + | Paul Hunt, 18 White Tail Ridge, Merrimack, NH 03054-2991 |
| cr | | Robert J. Casazza, 290 Wishawum Road, Unit 1038, Andover, MA 01810 |
| cr | #+ | Shannon M. Brennan, 29 Greatstone Drive, Merrimack, NH 03054-2342 |
| cr | + | Sorin Nica & Simona Ioja, 5 Vanderbilt Drive, Unit 307, Merrimack, NH 03054-4225 |
| 3155716 | | 9th Circuit - District Div. - Merrimack, Case No: 457-2022-SC-00321, PO Box 324, Merrimack, NH 03054-0324 |
| 3155042 | + | A. Rodd Industries, 23 Pond Parish Road, Amherst, NH 03031-1932 |
| 3155043 | + | Accessibility for New England, Inc., 328 Province Road, Strafford, NH 03884-6644 |
| 3155717 | | Adam J. Shub, Esq., Preti Flaherty, PO Box 9546, Portland, ME 04112-9546 |
| 3155044 | + | Advanced Funding, LLC, 48 Wall Street, 11th Floor, New York, NY 10005-2985 |
| 3155045 | + | AllTherm, LLC, Solal Wanstok, Esq, 111 Amherst Street, Manchester NH 03101-1809 |
| 3155047 | + | Amy M. Feliciano, Clerk, Hillsborough Superior Court - South, Case #226-2022-CV-00273, 30 Spring Street, Nashua, NH 03060-8401 |
| 3159975 | | Anthony Giuliano, 445 Broadhollow Rd., Suite 25, Melville, NY 11747-3645 |
| 3159986 | | Anthony Giuliano, c/o Giuliano Law PC, 445 Broadhollow Rd., Suite 25, Melville, NY 11747-3645 |
| 3158027 | | Apex Funding Source, c/o Giuliano Law PC, Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, N.Y. 11747-3645 |
| 3159987 | | Apex Funding Source LLC, c/o Giuliano Law PC, 445 Broadhollow Rd., Suite 25, Melville, NY 11747-3645 |
| 3158571 | + | Apex Funding Source, Inc., c/o Giuliano Law, P.C., 445 Broadhollow Road, Ste. 25, Melville, NY 11747-3645 |
| 3155048 | + | Apex Funding Source, LLC, 7 Sherwood Drive, Lakewood, NJ 08701-5222 |
| 3163981 | + | Associated Attorneys of New England, c/o 1000 Elm Street, Suite 800, Manchester, NH 03101-1700 |
| 3155050 | + | Associated Concrete Coating, Inc., 476 Valley Street, Manchester, NH 03103-4906 |
| 3155052 | + | Bacon's Garage Doors, 23 Chestnut Road, Tyngsboro, MA 01879-2402 |
| 3155719 | + | Bangor Savings Bank, 69 NH 101A, Amherst, NH 03031-2287 |
| 3155054 | | Bernstein Shur Sawyer & Nelson, 100 Middle Street, PO Box 9729, Portland, ME 04104-5029 |
| 3157437 | + | Bernstein Shur Sawyer & Nelson, P.A., 100 Middle Street, P.O. Box 9729, Portland, ME 04104-5029 |
| 3159391 | + | Big Wave Finance, 548 Market Street, #35697, San Francisco, CA 94104-5401 |
| 3155056 | | Brian Stefano, 8 Priscilla Lane, Westford, MA 01886-2151 |
| 3161706 | + | Btzalel Hirschhorn, 8002 Kew Gardens Rd, Suite 600, Kew Gardens, NY 11415-3606 |
| 3157711 | + | Catherine Turbett and Clinton Howell, 19 White Tail Ridge, Merrimack, NH 03054-2991 |
| 3155720 | + | Citizens Bank, One Trafalgar Square, Nashua, NH 03063-1998 |
| 3156605 | | Comfort 4 You, LLC, 286 Goffstown Back Road, 91 Sandown Road, Unit 2, Goffstown, NH 03045 |

| District/off: 0102-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jul 22, 2024 | Form ID: pdf642 | Total Noticed: 152 |

| | | |
|---|---|---|
| 3155059 | + | Comfort 4 You, LLC, Marc L. Van De Water, Esq., 633 Second Street, Manchester, NH 03102-5241 |
| 3155060 | + | D. Crescio Trucking, PO Box 512, Billerica, MA 01821-0512 |
| 3155061 | | Dartmouth-Hitchcock, P.O. Box 419114, Boston, MA 02241-9114 |
| 3155062 | + | Delta Bridge Capital, LLC, 1985 Henderson Road, Columbus, OH 43220-2401 |
| 3155063 | + | Design Tile & Flooring, 301 34th Ave S, Waite Park, MN 56387-4525 |
| 3155064 | + | Diamond Paving, Inc., PO Box 1513, Seabrook, NH 03874-1513 |
| 3155066 | + | Dig Deep Excavating, LLC, 19 North Mason Road, Brookline, NH 03033-2453 |
| 3157328 | + | Dig Deep Excavation LLC, 19 N Mason Road, Brookline, NH 03033-2453 |
| 3157649 | + | Earthlandscaping, INC, 14 Frances Hill Road, Westford, MA 01886-2026 |
| 3155068 | | Earthscape & Lawn, Inc., 14 Frances Hill Road, Westford, MA 01886-2026 |
| 3156177 | + | Earthscape and Lawn, c/o Gerry Plummer, 14 Frances Hill Road, Westford, MA 01886-2026 |
| 3155069 | | Eastern Propane Gas, Inc., PO Box 8900, Lewiston, ME 04243-8900 |
| 3155070 | + | Electrical Supply of Milford, 318 South Street, Milford, NH 03055-3788 |
| 3155071 | | Energy Improvements, Inc., PO Box 4085, Concord, NH 03302-4085 |
| 3155072 | + | Enterprise Bank & Trust, 222 Merrimack Street, Lowell, MA 01852-5994 |
| 3158391 | + | Enterprise Bank and Trust Company, 222 Merrimack St - Attn: Special Assets, Lowell, MA 01852-5994 |
| 3156702 | + | F. W. Webb, c/o Bob Mullen, F.W. Webb, 160 Middlesex Tpke, Bedford, MA 01730-1416 |
| 3155077 | + | FW Webb, 7 Redmond Street, Nashua, NH 03062-1309 |
| 3155073 | + | Fieldstone Land Consultants PLLC, 206 Elm Street, Milford, NH 03055-4758 |
| 3159396 | + | Financial Agent Services, PO Box 2576, Springfield, IL 62708-2576 |
| 3159006 | + | First Citizens Bank & Trust Company, c/o Kenneth D. Peters, Dressler Peters, LLC, 101 W. Grand Ave., Ste. 404, Chicago, IL 60654-7129 |
| 3155721 | | Ford Motor Credit, PO Box 93000, Philadelphia, PA 19131-0001 |
| 3155078 | | Harvard Pilgrim Health Care, PO Box 970050, Boston, MA 02297-0050 |
| 3155722 | + | Hillsborough County Superior Court, Case No: 216-2019-CV-00809, 300 Chestnut Street, Manchester, NH 03101-2433 |
| 3155723 | + | Hillsborough Superior Court - North, Case No: 226-2022-CV-00470, 300 Chestnut Street, Manchester, NH 03101-2412 |
| 3155080 | + | James Longa & Son, Inc., 17 Twin Bridge Road, Merrimack, NH 03054-3412 |
| 3155724 | + | Joao Da Silva and Sarina Verma, c/o Keith A. Mathews, Esq., Associated Attorneys of NE, 1000 Elm Street, Suite 803, Manchester, NH 03101-1730 |
| 3163979 | | Joao DaSilva, 20 A N.W. Blvd, #270, Nashua, NH 03063 |
| 3155725 | + | John Brennan, Shannon Brennan, 26 Founders Way, Amherst, NH 03031-4404 |
| 3157088 | + | John P Brennan III & Shannon M Brennan, Craig S. Donais, Esq., 95 Market Street, Manchester NH 03101-1933 |
| 3155726 | + | John W Rudolph, Michelle M Rudolph, Katherine M Rudolph, c/o John W Rudolph, 6 Fowell Avenue, Nashua, NH 03060-4935 |
| 3155727 | + | Joseph M Machado and Kathrine Machado, Preti Flaherty Attn: Greg Moffett, PO Box 1318, Concord NH 03302-1318 |
| 3155081 | + | Joyce Cooling & Heating, Inc., 51 Lake Street, Nashua, NH 03060-4513 |
| 3155683 | + | Kaila Howe, 17 Whitetail Ridge, Merrimack, NH 03054-2991 |
| 3155729 | + | Kaila Howe, Richard Howe, 17 Whitetail Ridge, Merrimack, NH 03054-2991 |
| 3163980 | + | Keith A. Mathews, 1000 Elm Street, Suite 800, Manchester, NH 03101-1700 |
| 3155730 | + | Keith Mathews, Esq., Associated Attorneys of NE, 1000 Elm Street, #803, Manchester, NH 03101-1730 |
| 3155731 | + | Kevin G. Collimore, Esq., Cullen Collimore, 37 Technology Way, Suite 3W2, Nashua, NH 03060-3245 |
| 3155732 | + | Kirsten J. Allen, Esq., Shaheen & Gordon, PO Box 977, Dover, NH 03821-0977 |
| 3155733 | + | Lachance Water Filtration, 200 Laconia Drive, Tilton, NH 03276-5223 |
| 3155084 | + | Mareld Company, Inc., 400 Amherst Street, Suite 202, Nashua, NH 03063-4223 |
| 3160168 | + | Matthew Dillon, 5 Hartson Circle, Hudson, NH 03051-3900 |
| 3155734 | + | Matthew Rule, 105 Lowell Road, Hudson, NH 03051-4805 |
| 3155085 | + | Meridian Equipment Finance, LLC, 9 Old Lincoln Highway, Malvern, PA 19355-2551 |
| 3155087 | + | Michael J. Atkins, Esq., Atkins Callahan, PLLC, 20 Depot Street, Suite 220, Peterborough, NH 03458-1453 |
| 3160782 | + | Michael L. Laws, 351 Main Street, Nashua, NH 03060-4658 |
| 3156076 | + | Mossy Creek Marble & Granite, LLC, Mgr: Sharon Re, 22 Dutton Lane Po Box 94, Temple, NH 03084-0094 |
| 3155088 | + | Mossy Creek Marble & Granite, LLC, PO Box 94, Temple, NH 03084-0094 |
| 3155735 | + | Neil Glover, 146 Hollis Road, Amherst, NH 03031-2819 |
| 3155089 | + | Newco Capital Group VI LLC, 25 Robert Pitt Drive, Suite 204, Monsey, NY 10952-3366 |
| 3155091 | + | On Point Concrete Foundations, LLC, 18 Cote Avenue, Goffstown, NH 03045-5278 |
| 3155736 | + | P&L Landscaping, LLC, 79 D.W. Highway, Merrimack, NH 03054-4808 |
| 3155093 | + | PJ Currier Lumber Co., Inc., c/o Cronin, Bisson & Zalinsky PC, 722 Chestnut St., Manchester NH 03104-3001 |
| 3155737 | | Patrick Brady, Esq., Bernstein Shur, 100 Middle Street, PO Box 9729, Portland, ME 04104-5029 |
| 3155738 | + | Paul M. DeCarolis, Esq., Gottesman & Hollis, PA, 39 E. Pearl Street, Nashua, NH 03060-9030 |
| 3157662 | + | Paul and Celeste Hunt, 18 White Tail Ridge, Merrimack, NH 03054-2991 |
| 3155092 | + | Philip H. Mathewson Companies, Inc., 160 Norway Hill Road, Hancock, NH 03449-5612 |
| 3155094 | + | Portland Glass, 450 Amherst Street, Nashua, NH 03063-1225 |
| 3155095 | + | Preferred Skimcoat, Inc., 5 Hartson Circle, Hudson, NH 03051-3900 |
| 3155096 | + | Proulx Oil & Propane, PO Box 419, Newmarket, NH 03857-0419 |
| 3155718 | + | Robert Casazza and Angela Casazza, Matthew R. Jonson, Esquire, 111 Amherst Street, Manchester, NH 03101-1809 |
| 3155097 | + | Robert L. Saldutti, Esq., Saldutti Law Group, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |

District/off: 0102-1      User: admin      Page 3 of 6

Date Rcvd: Jul 22, 2024      Form ID: pdf642      Total Noticed: 152

| | | |
|---|---|---|
| 3155098 | + | Sandoval Construction, 23 Market Square, Lynn, MA 01905-2400 |
| 3159397 | + | Secured Lender Solutions, LLC, PO Box 2576, Springfield, IL 62708-2576 |
| 3155100 | + | Sentry Roofing, 61 Beech Street, Manchester, NH 03103-5611 |
| 3155102 | + | Smart Home Solutions, Inc., 99 York Street, Kennebunk, ME 04043-7282 |
| 3155739 | + | Smart Touch Painting, LLC, Leandro Dos Santos, 30 Greenwood Avenue, Bethel, CT 06801-2206 |
| 3155740 | #+ | Sorin Nica, Simona Ioja, 5 Vanderbilt Drive, Unit 307, Merrimack, NH 03054-4225 |
| 3155104 | + | Sorin Nica, Simona Ioja, 13 Whitetail Ridge, Merrimack, NH 03054-2994 |
| 3155105 | + | State Street Discount, 3613 Lafayette Road, Portsmouth, NH 03801-6058 |
| 3155108 | + | Supreme Court for the State of New York, Ontario County, Case #133794-2022, 20 Ontario Street, Canandaigua, NY 14424-1802 |
| 3155107 | + | Supreme Court for the State of New York, Ontario County, Case #133800-2022, 20 Ontario Street, Canandaigua, NY 14424-1802 |
| 3159920 | + | The Philip H. Mathewson Companies, Inc., c/o Michael J. Atkins, Esq., Atkins Callahan, PLLC, 20 Depot Street, Suite 220, Peterborough, NH 03458-1453 |
| 3155109 | + | Theide Plumbing & Heating, 89 West Street, Westford, MA 01886-1259 |
| 3155110 | + | Top Line Granite, 347 Middlesex Road, Tyngsboro, MA 01879-1018 |
| 3155111 | + | Triangle Portable Services, Inc., 29 Chester Raod, Derry, NH 03038-1637 |
| 3159398 | + | Velocity Capital Group, 333 Pearsall Avenue, Cedarhurst, NY 11516-1842 |
| 3155112 | | Velocity Capital Group, Pearsall Avenue, Cedarhurst, NY 11516 |
| 3157040 | + | WHITE MOUNTAIN INSULATION, PO BOX 237, LINCOLN, NH 03251-0237 |
| 3155113 | + | White Mountain Insulation & Spray Foam, PO Box 237, Lincoln, NH 03251-0237 |
| 3155114 | | Wilson Technologies, LLC, 4 Regina Road, Brookline, NH 03033-2435 |
| 3155115 | + | Wood Hawk, LLC, 236 Jug City Road, Epsom, NH 03234-4031 |
| 3155116 | + | Wragg Bros., PO Box 110, Ascutney, VT 05030-0110 |
| 3155117 | + | Wurth Baer Supply, 9 Delta Drive, Londonderry, NH 03053-2363 |
| 3155118 | + | Yehuda Klein, Esq., The Klein Law Firm LLC, PO Box 714, Lakewood, NJ 08701-0714 |

TOTAL: 124

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@kapitus.com | Jul 22 2024 17:41:00 | Kapitus Servicing, Inc., 120 W. 45th Street, 4th Floor, New York, NY 10036-4041 |
| 3155046 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2024 17:50:37 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 3157117 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2024 17:50:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 3155049 | + | Email/Text: BNCnotices@bblawpllc.com | Jul 22 2024 17:41:00 | Ariel Bouskila, Esq., Berkovitch & Bouskila, PLLC, 80 Broad Street, Suite 3303, New York, NY 10004-2845 |
| 3156891 | + | Email/Text: BNCnotices@bblawpllc.com | Jul 22 2024 17:41:00 | Berkovitch & Bouskila, PLLC, 80 Broad St, Suite 3303, New York, NY 10004-2845 |
| 3177076 | + | Email/Text: BNCnotices@bblawpllc.com | Jul 22 2024 17:41:00 | Berkovitch and Bouskila, PLLC, 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 3159392 | ^ | MEBN | Jul 22 2024 17:39:51 | CHTD Company, PO Box 2576, Springfield, IL 62708-2576 |
| 3155057 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 22 2024 17:41:00 | Citizens Bank, 525 William Penn Place, Suite PW2140, Pittsburgh, PA 15219 |
| 3159395 | ^ | MEBN | Jul 22 2024 17:39:42 | CT Corporation System as Rep., 330 N. Brand Blvd., Suite 700, Attn: SPRS, Glendale, CA 91203-2336 |
| 3159394 | + | Email/Text: Bankruptcynotice@cscglobal.com | Jul 22 2024 17:41:00 | Corporation Service Company, as Rep., P.O. Box 2576, Springfield, IL 62708-2576 |
| 3155065 | | Email/Text: gadi@dieselfunding.com | Jul 22 2024 17:41:00 | Diesel Funding, LLC, 633 NE 167th St, Miami, FL 33162 |
| 3155067 | + | Email/Text: B@directcapital.com | Jul 22 2024 17:41:00 | Direct Capital, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 3159393 | | Email/Text: citjaxbankruptcy@cit.com | Jul 22 2024 17:41:00 | CIT Bank, NA, 10201 Centurion Parkway N, Suite |

| District/off: 0102-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jul 22, 2024 | Form ID: pdf642 | Total Noticed: 152 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 100, Jacksonville, FL 32256 |
| 3160140 | ^ MEBN | Jul 22 2024 17:39:54 | First-Citizens Bank & Trust Company, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 3155075 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Jul 22 2024 17:41:00 | Forward Financing, 53 State Street, 20th Floor, Boston, MA 02109-2820 |
| 3167933 | Email/PDF: bncnotices@becket-lee.com | Jul 22 2024 17:50:35 | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 3155076 | ^ MEBN | Jul 22 2024 17:39:48 | Fundbox, Inc., 6900 Dallas Parkway, Ste 700, Plano, TX 75024-7188 |
| 3155172 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2024 17:41:00 | IRS, Special Procedures, 80 Daniel St., PO Box 9502, Portsmouth, NH 03802 |
| 3155082 | + Email/Text: bankruptcy@kapitus.com | Jul 22 2024 17:41:00 | Kapitus, 120 W 45th Street, New York, NY 10036-4195 |
| 3155837 | + Email/Text: bankruptcy@kapitus.com | Jul 22 2024 17:41:00 | Kapitus Servicing, Inc., 120 W. 45th Street, 4th Floor, attn: Carolina Baez, 120 W. 45th Street, 4th Floor, New York, NY 10036-4041 |
| 3155083 | ^ MEBN | Jul 22 2024 17:39:51 | Legend Advanced Funding, 800 Brickell Ave, Suite 902, Miami, FL 33131-2966 |
| 3157339 | + Email/Text: rmcdowell@slgcollect.com | Jul 22 2024 17:41:00 | Meridian Equipment Finance, LLC, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 3155086 | + Email/Text: meridian@meridianlandservices.com | Jul 22 2024 17:41:00 | Meridian Land Services, PO Box 118, Milford, NH 03055-0118 |
| 3163150 | + Email/Text: EBN@dra.nh.gov | Jul 22 2024 17:41:00 | New Hampshire Department of Revenue Administration, NH - DRA Legal Bureau, P.O. Box 457, Concord, NH 03302-0457 |
| 3177077 | + Email/Text: BNCnotices@bblawpllc.com | Jul 22 2024 17:41:00 | NewCo Capital Group VI LLC, 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 3157338 | + Email/Text: rmcdowell@slgcollect.com | Jul 22 2024 17:41:00 | Rebecca K. McDowell, Esq., Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 3155106 | + Email/Text: jballard@sfscapital.com | Jul 22 2024 17:41:00 | Strategic Funding Source, Inc., 1501 Broadway, Suite 360, New York, NY 10036-5601 |
| 3155173 | Email/Text: levined@sec.gov | Jul 22 2024 17:41:00 | U.S. Securities and Exchange Comm, Boston Regional Office, 33 Arch Street, 23rd Floor, Boston, MA 02110 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3155051 |  | AT&T, PO Box 6463, GA 30197-6463 |
| cr | *+ | Enterprise Bank and Trust Company, 222 Merrimack Street, Lowell, MA 01852-5994 |
| cr | *+ | First Citizens Bank & Trust Company, c/o Kenneth D. Peters, Dressler Peters, LLC, 101 W. Grand Ave., Ste. 404, Chicago, IL 60654-7129 |
| cr | *+ | Joyce Cooling & Heating, Inc., 51 Lake Street, Nashua, NH 03060-4513 |
| 3157847 | * | A Rodd Industries LLC, 23 Pond Parish Road, Amherst, NH 03031-1932 |
| 3157078 | *+ | Fieldstone Land Consultants, PLLC, 206 Elm Street, Milford, NH 03055-4758 |
| 3155079 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue, Automated Collection System Support, PO Box 57, Bensalem, PA 19020-8514 |
| 3156889 | *+ | Wood Hawk LLC, 236 Jug city rd, Epsom, NH 03234-4031 |
| 3155053 | ##+ | Bean Group, 108 Ponemah Road, Amherst, NH 03031-2815 |
| 3155055 | ##+ | Bluevine, 30 Montgomery Street, Jersey City, NJ 07302-3857 |

| District/off: 0102-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jul 22, 2024 | Form ID: pdf642 | Total Noticed: 152 |

| 3155074 | ## | Flooring Showcase, 63 Powers Road, Unit 1, Westford, MA 01886-4143 |
|---|---|---|
| 3155728 | ##+ | Julie Howard, Clerk, York County Superior Court, PO Box 160, Alfred, ME 04002-0160 |

TOTAL: 1 Undeliverable, 7 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:**

**Name**                     **Email Address**

Christopher P. Mulligan
on behalf of Creditor Accessibility for New England  Inc. cmulligan@bosenandassociates.com

Craig S. Donais
on behalf of Creditor Shannon M. Brennan cdonais@wadleighlaw.com  kdraus@wadleighlaw.com;cdonais@recap.email

Craig S. Donais
on behalf of Creditor John Paul Brennan  III cdonais@wadleighlaw.com, kdraus@wadleighlaw.com;cdonais@recap.email

David K. Pinsonneault
on behalf of Creditor Mareld Company  Inc. dpinsonneault@winerbennett.com, pliamos@winerbennett.com

Deborah A. Notinger
on behalf of Creditor Celeste Hunt notingerd@cwbpa.com  conaltym@cwbpa.com;guerettec@cwbpa.com

Deborah A. Notinger
on behalf of Creditor Paul Hunt notingerd@cwbpa.com  conaltym@cwbpa.com;guerettec@cwbpa.com

Deborah A. Notinger
on behalf of Creditor Clinton Howell notingerd@cwbpa.com  conaltym@cwbpa.com;guerettec@cwbpa.com

Deborah A. Notinger
on behalf of Creditor Catherine Turbett notingerd@cwbpa.com  conaltym@cwbpa.com;guerettec@cwbpa.com

Edmond J. Ford
on behalf of Creditor Sorin Nica & Simona Ioja eford@fordlaw.com

Eleanor Wm Dahar
on behalf of Debtor Detail Design Builders  LLC edahar@att.net

Gregory A. Moffett
on behalf of Creditor Joseph M. Machado gmoffett@preti.com  sbarrington@preti.com;bcolwell@preti.com

Gregory A. Moffett
on behalf of Creditor Katherine Machado gmoffett@preti.com  sbarrington@preti.com;bcolwell@preti.com

James S. LaMontagne
on behalf of Trustee Timothy P. Smith nhbankruptcycourt@sheehan.com asrimouksavanh@sheehan.com;jlamontagne@sheehan.com;kstavaski@sheehan.com

James S. LaMontagne
on behalf of Trustee James S. LaMontagne jlamontagne@sheehan.com  asrimouksavanh@sheehan.com

Joseph A. Foster
on behalf of Creditor First-Citizens Bank & Trust Company  as successor by Merger to CIT Bank, N.A. joseph.foster@mclane.com, bankruptcy@mclane.com

Kenneth D. Peters
on behalf of Creditor First Citizens Bank & Trust Company kpeters@dresslerpeters.com  ehunter@dresslerpeters.com

District/off: 0102-1                          User: admin                          Page 6 of 6
Date Rcvd: Jul 22, 2024                       Form ID: pdf642                       Total Noticed: 152

Kevin J. Kiely
                on behalf of Creditor Ford Motor Credit Company  LLC kevin@oldharborlaw.com

Kimberly Bacher
                on behalf of U.S. Trustee Office of the U.S. Trustee kimberly.bacher@usdoj.gov  kimberlyabacher@hotmail.com

Marc L. Van De Water
                on behalf of Creditor Comfort 4 You  LLC vlawusa@gmail.com,
                dtmwiawah@comcast.net;SenseiLawyer@gmail.com;Marc@vlawusa.com;VDW8675309@gmail.com;Esq..MarcL.VanDeW.B12
                3952@notify.bestcase.com

Matthew R. Johnson
                on behalf of Creditor Angela D. Casazza mjohnson@devinemillimet.com  dprovencher@devinemillimet.com

Matthew R. Johnson
                on behalf of Creditor Robert J. Casazza mjohnson@devinemillimet.com  dprovencher@devinemillimet.com

Michael J. Atkins
                on behalf of Creditor The Philip H. Mathewson Companies  Inc. mja@atkinscallahan.com, tas@atkinscallahan.com

Nicholas A. Kanakis
                on behalf of Creditor Enterprise Bank and Trust Company nak@nhlaw-nashua.com

Office of the U.S. Trustee
                USTPRegion01.MR.ECF@usdoj.gov

Ryan M. Borden
                on behalf of Creditor Sorin Nica & Simona Ioja rborden@fordlaw.com

Timothy P. Smith
                tpatsmith31@gmail.com  tpsmith@ecf.axosfs.com

William S. Gannon
                on behalf of Creditor Kapitus Servicing  Inc. bgannon@gannonlawfirm.com,
                jarquette@gannonlawfirm.com;bvenuti@gannonlawfirm.com;gannonlawfirm@gmail.com;s.wr70639@notify.bestcase.com;beth.o
                ffice.gannon@gmail.com;wsg1590sa@gmail.com


TOTAL: 27

**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

In re                                                                                              Bk. No. 22-10577-BAH
                                                                                                        Chapter 7
Detail Design Builders, LLC,

      Debtor


### ORDER REASSIGNING CASE

The above-captioned bankruptcy case is hereby reassigned to Judge Michael A.

Fagone.  The reassignment is for internal purposes only and does not change the general

reference of all bankruptcy cases by the United States District Court for the District of New

Hampshire to the bankruptcy judge of the United States Bankruptcy Court for the District of

New Hampshire.  Each bankruptcy judge may act in the place of the other when necessary.

Parties requiring hearings in this reassigned case may contact Taylor Boilard,

courtroom deputy, at 603-222-2644.   Any documents filed in this matter shall display the

initials MAF after the case number and proposed orders should be drafted for Judge Fagone's

signature.


Dated:    July 22, 2024

                                                                        /s/ Bruce A. Harwood
                                                                        Bruce A. Harwood
                                                                        Chief Judge