UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

**********************************

In re:  Chapter 7
    **Detail Design Builders, LLC,**  Case Number 22-10577-MAF


**Debtor**

**********************************

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

*NOW COME* Sorin Nica and Simona Ioja, by and through their attorneys Ford, McDonald & Borden, P.A., and provide notice of their updated mailing address:

| Old Address: | New Address: |
|---|---|
| 5 Vanderbilt Drive, Unit 307<br>Merrimack NH  03054-4225 | 13 Whitetail Ridge<br>Merrimack NH  03054-5601 |

Respectfully submitted,
SORIN NICA and SIMONA IOIA

By their attorneys,
FORD, McDONALD & BORDEN, P.A.

Dated: July 31, 2024     By:  /s/ *Edmond J. Ford*
                                                   Edmond J. Ford
                                                 10 Pleasant Street, Suite 400
                                                 Portsmouth, NH 03801-4551
                                                 eford@fordlaw.com
                                                 (603) 373-1737