UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| DETAIL DESIGN BUILDERS, LLC ) | |
| ) | Case No. 22-10577-MAF |
| Debtors. ) | |
| ) | |
| TIMOTHY P. SMITH ) | |
| ) | |
| Trustee ) | Adv. Pro. No. 24-01022-MAF |
| v. ) | |
| ) | |
| WILSON TECHNOLOGIES, LLC ) | |
| ) | |
| Defendant ) | |

**NOTICE OF HEARING ON MOTION TO APPROVE SETTLEMENT AGREEMENT BY AND BETWEEN CHAPTER 7 TRUSTEE AND WILSON TECHNOLOGIES, LLC**

Please take notice that on December 16, 2025 at 10:00 a.m., a Motion To Approve Settlement Agreement By And Between Chapter 7 Trustee And Wilson Technologies, LLC (the "Motion") is scheduled for a hearing before the Hon. Michael A. Fagone, or any judge that may be sitting in that judge's place, at **either** the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, or via Zoom as described below.

To appear by Zoom via video, go to this link: https://www.zoomgov.com and then enter the Meeting ID and Passcode listed below.

To appear by Zoom using a telephone, call Zoom for Government at 1-646-828-7666 or 1-669-254-5252 and then enter the Meeting ID and Passcode listed below.

The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398. The Meeting ID and Passcode can also be found on the court's website.

A summary of the Motion is as follows:

The Chapter 7 Trustee, Timothy P. Smith (the "Trustee"), commenced an action under section 547 of the Bankruptcy Code to recover an alleged preferential payment made by Detail Design Builders, LLC (the "Debtor") to Wilson Technologies, LLC ("Wilson") in the amount of $35,244.00 (the "Claim"). Based upon defenses raised by Wilson and other factors, the Trustee is settling the Claim for a payment of $6,000.00 to the bankruptcy estate (the "Settlement"). The Trustee, in his business judgment, has determined that the Settlement is in the best interests of the bankruptcy estate and its creditors. Absent the Settlement, the bankruptcy estate will be forced into uncertain litigation which may or may not ultimately benefit the bankruptcy estate.

{S3007380.1}

-2-

A copy of the Motion is available upon request to the undersigned.

**YOUR RIGHTS MAY BE AFFECTED. You should read this notice and the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.** If you have no objection to the Motion, no action is required by you. If you do object to the Motion, or if you wish to be heard, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before **December 9, 2025**.

A copy of your objection or response must be mailed or delivered to the undersigned at the address set forth below, the case trustee, and the United States Trustee, and a certificate of such action must be filed with the clerk of the New Hampshire Bankruptcy Court. If you file an objection or response, you must also appear at the hearing on the date and time set forth above.

**If no objection(s) to the Motion is filed by December 9, 2025, the court may enter an order granting the Motion without a hearing.**

                                            Respectfully submitted,

                                            TIMOTHY P. SMITH, TRUSTEE
                                            By His Attorneys,
Dated: November 3, 2025              SHEEHAN PHINNEY BASS & GREEN PA

                                            By: /s/ James S. LaMontagne
                                               James S. LaMontagne BNH 05483
                                               Sheehan Phinney Bass & Green, PA
                                               75 Portsmouth Blvd., Suite 110
                                               Portsmouth, NH 03801
                                               Phone: (603) 627-8102

{S3007380.1}