UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: )<br>)<br>DETAIL DESIGN BUILDERS, LLC )<br>)<br>                     Debtors. )<br>)<br>TIMOTHY P. SMITH )<br>)<br>                     Trustee )<br>v. )<br>)<br>WILSON TECHNOLOGIES, LLC )<br>)<br>                     Defendant ) | Chapter 7<br><br>Case No. 22-10577-MAF<br><br><br><br><br>Adv. Pro. No. 24-01022-MAF |

**ORDER ON MOTION TO APPROVE SETTLEMENT AGREEMENT BY AND BETWEEN CHAPTER 7 TRUSTEE AND WILSON TECHNOLOGIES, LLC**

Upon The Trustee's Motion To Approve Settlement Agreement By And Between Chapter 7 Trustee and Wilson Technologies, LLC (the "Motion"), no further notice being necessary, and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1. All capitalized terms, unless defined herein, have the meanings ascribed to them in the Motion;

2. The Motion is GRANTED; and,

3. The Settlement Agreement is ALLOWED.

Dated:_____     _____
                                                                        Hon. Michael A. Fagone
                                                                         United States Bankruptcy Judge
                                                                         Sitting By Designation

{S2417238.1}