UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| DETAIL DESIGN BUILDERS, LLC | ) | |
| | ) | Case No. 22-10577-MAF |
| Debtors. | ) | |
| | ) | |
| TIMOTHY P. SMITH | ) | |
| | ) | |
| Trustee | ) | Adv. Pro. No. 24-01022-MAF |
| v. | ) | |
| | ) | |
| WILSON TECHNOLOGIES, LLC | ) | |
| | ) | |
| Defendant | ) | |

## FINAL JUDGMENT

A settlement agreement having been filed in the above-captioned case, it is hereby

ORDERED:

1.      The settlement agreement filed on November 3, 2025 is incorporated by reference, and judgment is hereby entered accordingly.

2.      Each party shall bear its own fees and costs.

3.      This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which this court has jurisdiction of the subject matter and the parties.

ENTERED at Concord, New Hampshire.


Dated:_____          _____
                                     Hon. Michael A. Fagone
                                     United States Bankruptcy Judge
                                     Sitting By Designation


{S2417238.1}