# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: )<br>)<br>**DETAIL DESIGN BUILDERS, LLC** )<br>)<br>)<br>**Debtor** )<br>)<br>**TIMOTHY P. SMITH** )<br>)<br>**Trustee** )<br>)<br>v. )<br>)<br>**WILSON TECHNOLOGIES, LLC** )<br>)<br>)<br>**Defendant** ) | Chapter 7<br>Case No. 22-10577-MAF<br><br><br><br><br>Adv. Pro. No. 24-01022-MAF |

## CERTIFICATE OF SERVICE

I, James S. LaMontagne, hereby certify that I caused a true and correct copy of the following documents to be served on the parties listed on the **SERVICE LIST** attached hereto via CM/ECF or First-Class Mail, as designated, on the 5th day of Nov, 2025.

1. Motion to Approve Settlement Agreement;

2. Settlement Agreement;

3. Proposed Order;

4. Final Judgment; and,

5. Notice of Hearing

/s/ James S. LaMontagne
James S. LaMontagne

{S2505176.1}

# SERVICE LIST

**VIA CM/ECF**

**Michael J. Atkins**
mja@atkinscallahan.com
tas@atkinscallahan.com

**John F. Bisson**
jbisson@cbzlaw.com
cginty@cbzlaw.com
bmorgan@cbzlaw.com
tmolesky@cbzlaw.com

**Ryan M. Borden**
rborden@fordlaw.com

**John G. Cronin**
jcronin@cbzlaw.com
lauger@cbzlaw.com

**Eleanor Wm Dahar**
edahar@att.net

**Craig S. Donais**
cdonais@wadleighlaw.com
emaloney@wadleighlaw.com
cdonais@recap.email

**Edmond J. Ford**
eford@fordlaw.com

**Joseph A. Foster**
joseph.foster@mclane.com,
bankruptcy@mclane.com

**William S. Gannon**
bgannon@gannonlawfirm.com

**Matthew R. Johnson**
mjohnson@devinemillimet.com

**Nicholas A. Kanakis**
nkanakis@hamker.com

**Kevin J. Kiely**
kevin@oldharborlaw.com

**Gregory A. Moffett**
gmoffett@preti.com

**Christopher P. Mulligan**
cmulligan@hpgrlaw.com

**Deborah A. Notinger**
notingerd@cwbpa.com,
lopezr@cwbpa.com;
guerettec@cwbpa.com

**Office of the U.S. Trustee**
USTPRegion01.MR.ECF@usdoj.gov

**Kenneth D. Peters**
kpeters@dresslerpeters.com,
ehunter@dresslerpeters.com

**David K. Pinsonneault**
dpinsonneault@winerbennett.com,
pliamos@winerbennett.com

**Timothy P. Smith**
tpatsmith31@gmail.com,
tpsmith@ecf.axosfs.com

**Peter N. Tamposi**
peter@tlgnh.com,
Sophia@tlgnh.com

**Marc L. Van De Water**
vlawusa@gmail.com,

**\*\* VIA FIRST CLASS MAIL – NOTICE OF HEARING ONLY**

**A Rodd Industries LLC**
23 Pond Parish Road
Amherst, NH 03031-1932

**Adam J. Shub, Esq.**
Preti Flaherty
PO Box 9546
Portland, ME 04112-9546

**Advanced Funding, LLC**
48 Wall Street, 11th Floor
New York, NY 10005

**AllTherm, LLC**
Solal Wanstok, Esq
111 Amherst Street
Manchester NH 03101

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Anthony Giuliano**
c/o Giuliano Law PC
445 Broadhollow Rd.
Suite 25
Melville, NY 11747-3645

**Apex Funding Source**
c/o Giuliano Law PC
Anthony Giuliano, Esq.
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

**Ariel Bouskila, Esq.**
Berkovitch & Bouskila, PLLC
80 Broad Street, Suite 3303
New York, NY 10004

**Associated Attorneys of New England**
c/o 1000 Elm Street, Suite 800
Manchester, NH 03101

**Associated Concrete Coating, Inc.**
476 Valley Street
Manchester, NH 03103

**AT&T**
PO Box 6463
GA 30197-6463

**Bacon's Garage Doors**
23 Chestnut Road
Tyngsboro, MA 01879

**Bangor Savings Bank**
69 NH 101A
Amherst, NH 03031

**Bean Group**
108 Ponemah Road
Amherst, NH 03031

**Bernstein Shur Sawyer & Nelson**
100 Middle Street
PO Box 9729
Portland, ME 04104-5029

**Big Wave Finance**
548 Market Street, #35697
San Francisco, CA 94104

**Bluevine**
30 Montgomery Street
Jersey City, NJ 07302

**Btzalel Hirschhorn**
8002 Kew Gardens Rd
Suite 600
Kew Gardens, NY 11415

**CHTD Company**
PO Box 2576
Springfield, IL 62708

**CIT Bank, NA**
10201 Centurion Parkway N, Suite 100
Jacksonville, FL 32256

**Citizens Bank**
One Trafalgar Square
Nashua, NH 03063

**Citizens Bank**
525 William Penn Place
Suite PW2140
Pittsburgh, PA 15219

**Corporation Service Company, as Rep.**
P.O. Box 2576
Springfield, IL 62798

**CT Corporation System as Rep.**
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203

**D. Crescio Trucking**
PO Box 512
Billerica, MA 01821

**Dartmouth-Hitchcock**
P.O. Box 419114
Boston, MA 02241-9114

**Design Tile & Flooring**
301 34th Ave S
Waite Park, MN 56387

**Diamond Paving, Inc.**
PO Box 1513
Seabrook, NH 03874

**Dig Deep Excavating, LLC**
19 North Mason Road
Brookline, NH 03033

**Earthlandscaping, INC**
14 Frances Hill Road
Westford, MA 01886

**Eastern Propane Gas, Inc.**
PO Box 8900
Lewiston, ME 04243-8900

**Electrical Supply of Milford**
318 South Street
Milford, NH 03055

**Energy Improvements, Inc.**
PO Box 4085
Concord, NH 03302-4085

**Enterprise Bank and Trust Company**
222 Merrimack St - Attn: Special Assets
Lowell, MA 01852

**Financial Agent Services**
PO Box 2576
Springfield, IL 62708

**Forward Financing**
53 State Street, 20th Floor
Boston, MA 02109

**Fundbox, Inc.**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**FW Webb**
7 Redmond Street
Nashua, NH 03062

**Harvard Pilgrim Health Care**
PO Box 970050
Boston, MA 02297-0050

**Internal Revenue**
Automated Collection System Support
PO Box 57
Bensalem, PA 19020-8514

**IRS**
Special Procedures
80 Daniel St., PO Box 9502
Portsmouth, NH 03802

**James Longa & Son, Inc.**
17 Twin Bridge Road
Merrimack, NH 03054

**Joao Da Silva and Sarina Verma**
c/o Keith A. Mathews, Esq.
Associated Attorneys of NE
1000 Elm Street, Suite 803
Manchester, NH 03101

**Joao DaSilva**
20 A N.W. Blvd, #270
Nashua, NH 03063

**John W Rudolph, Michelle M Rudolph**
Katherine M Rudolph
c/o John W Rudolph
6 Fowell Avenue
Nashua, NH 03060

**Joyce Cooling & Heating, Inc.**
51 Lake Street
Nashua, NH 03060

**Kaila Howe**
**Richard Howe**
17 Whitetail Ridge
Merrimack, NH 03054

**Kapitus Servicing, Inc.**
120 W. 45th Street, 4th Floor
attn: Carolina Baez
120 W. 45th Street, 4th Floor
New York, NY 10036

**Keith A. Mathews**
1000 Elm Street, Suite 800
Manchester, NH 03101

**Keith Mathews, Esq.**
Associated Attorneys of NE
1000 Elm Street, #803
Manchester, NH 03101

**Kevin G. Collimore, Esq.**
Cullen Collimore
37 Technology Way, Suite 3W2
Nashua, NH 03062

**Kirsten J. Allen, Esq.**
Shaheen & Gordon
PO Box 977
Dover, NH 03821

**Lachance Water Filtration**
200 Laconia Drive
Tilton, NH 03276

**Legend Advanced Funding**
800 Brickell Ave, Suite 902
Miami, FL 33131

**Mareld Company, Inc.**
400 Amherst Street, Suite 202
Nashua, NH 03063

**Matthew Dillon**
5 Hartson Circle
Hudson, NH 03051

**Matthew Rule**
105 Lowell Road
Hudson, NH 03051

**Meridian Equipment Finance, LLC**
c/o Saldutti Law Group
1040 Kings Highway N., Suite 100
Cherry Hill, NJ 08034

**Meridian Land Services**
PO Box 118
Milford, NH 03055

**Michael L. Laws**
351 Main Street
Nashua, NH 03060

**Mossy Creek Marble & Granite, LLC**
Mgr: Sharon Re
22 Dutton Lane Po Box 94
Temple, NH 03084

**Neil Glover**
146 Hollis Road
Amherst, NH 03031

**New Hampshire Department of Revenue Administration**
NH - DRA Legal Bureau
P.O. Box 457
Concord, NH 03302

**NewCo Capital Group VI LLC**
1545 Route 202, Suite 101
Pomona, NY 10970

**On Point Concrete Foundations, LLC**
18 Cote Avenue
Goffstown, NH 03045

**P&L Landscaping, LLC**
79 D.W. Highway
Merrimack, NH 03054

**Patrick Brady, Esq.**
Bernstein Shur
100 Middle Street
PO Box 9729
Portland, ME 04104-5029

**Portland Glass**
450 Amherst Street
Nashua, NH 03063

**Preferred Skimcoat, Inc.**
5 Hartson Circle
Hudson, NH 03051

**Proulx Oil & Propane**
PO Box 419
Newmarket, NH 03857

**Rebecca K. McDowell, Esq.**
Saldutti Law Group
1040 Kings Highway N., Suite 100
Cherry Hill, NJ 08034

**Robert L. Saldutti, Esq.**
Saldutti Law Group
1700 Market Street, Suite 1005
Philadelphia, PA 19103

**Sandoval Construction**
23 Market Square
Lynn, MA 01905

**Secured Lender Solutions, LLC**
PO Box 2576
Springfield, IL 62708

**Sentry Roofing**
61 Beech Street
Manchester, NH 03103

**Smart Home Solutions, Inc.**
99 York Street
Kennebunk, ME 04043

**Smart Touch Painting, LLC**
Leandro Dos Santos
30 Greenwood Avenue
Bethel, CT 06801

**State Street Discount**
3613 Lafayette Road
Portsmouth, NH 03801

**Top Line Granite**
347 Middlesex Road
Tyngsboro, MA 01879

**Triangle Portable Services, Inc.**
29 Chester Raod
Derry, NH 03038

**U.S. Securities and Exchange Comm**
Boston Regional Office
33 Arch Street, 23rd Floor
Boston, MA 02110

**Velocity Capital Group**
333 Pearsall Avenue
Cedarhurst, NY 11516

**White Mountain Insulation & Spray Foam**
PO Box 237
Lincoln, NH 03251

**Wood Hawk LLC**
236 Jug city rd
Epsom, NH 03234

**Wragg Bros.**
PO Box 110
Ascutney, VT 05030

**Wurth Baer Supply**
9 Delta Drive
Londonderry, NH 03053

**Yehuda Klein, Esq.**
The Klein Law Firm LLC
PO Box 714
Lakewood, NJ 08701

**James R. St. Jean Auctioneers**
45 Exeter Road
PO Box, 400
Epping, NH 03042

**Joyce Cooling & Heating, Inc.**
51 Lake Street
Nashua, NH 03060