UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| DETAIL DESIGN BUILDERS, LLC ) | |
| ) | Case No. 22-10577-MAF |
| Debtors. ) | |
| ) | |
| TIMOTHY P. SMITH ) | |
| ) | |
| Trustee ) | Adv. Pro. No. 24-01021-MAF |
| v. ) | |
| ) | |
| THE PHILIP MATHEWSON ) | |
| COMPANIES, INC. ) | |
| ) | |
| Mathewson ) | |

**ORDER ON MOTION TO APPROVE SETTLEMENT AGREEMENT
BY AND BETWEEN CHAPTER 7 TRUSTEE AND
THE PHILIP MATHEWSON COMPANIES, INC**

Upon The Trustee's Motion To Approve Settlement Agreement By And Between

Chapter 7 Trustee and The Philip Mathewson Companies, Inc. (the "Motion"), no further notice

being necessary, and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1.      All capitalized terms, unless defined herein, have the meanings ascribed to them

in the Motion;

2.      The Motion is GRANTED; and,

3.       The Settlement Agreement is ALLOWED.


Dated:_____          _____
                                                          Hon. Michael A. Fagone
                                                          United States Bankruptcy Judge
                                                          Sitting By Designation

{S2417238.1}