UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | )  | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| DETAIL DESIGN BUILDERS, LLC | ) | |
| | ) | Case No. 22-10577-MAF |
| Debtors. | ) | |
| | ) | |
| TIMOTHY P. SMITH | ) | |
| | ) | |
| Trustee | ) | Adv. Pro. No. 24-01021-MAF |
| v. | ) | |
| | ) | |
| THE PHILIP MATHEWSON | ) | |
| COMPANIES, INC. | ) | |
| | ) | |
| Defendant | ) | |

**FINAL JUDGMENT**

A settlement agreement having been filed in the above-captioned case, it is hereby ORDERED:

1. The settlement agreement filed on January 2, 2026 is incorporated by reference, and judgment is hereby entered accordingly.

2. Each party shall bear its own fees and costs.

3. This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which this court has jurisdiction of the subject matter and the parties.

ENTERED at Concord, New Hampshire.

Dated:_____        _____
                                       Hon. Michael A. Fagone
                                       United States Bankruptcy Judge
                                       Sitting By Designation

{S2417238.1}