UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>DETAIL DESIGN BUILDERS, LLC<br><br>　　　　　　　　　　　　Debtors.<br><br>TIMOTHY P. SMITH<br><br>　　　　　　　　　　　　Plaintiff<br>v.<br><br>EARTHLANDSCAPING, INC.<br>d/b/a EARTHSCAPE AND LAWN<br><br>　　　　　　　　　　　　Defendant | Chapter 7<br><br>Case No. 22-10577-MAF<br><br><br><br><br><br>Adv. Pro. No. 24-01017-MAF |

**NOTICE OF HEARING ON MOTION TO APPROVE SETTLEMENT AGREEMENT BY AND BETWEEN CHAPTER 7 TRUSTEE AND EARTHLANDSCAPING, INC. D/B/A EARTHSCAPE AND LAWN**

　　Please take notice that on February 24, 2026 at 10:00 a.m., a Motion To Approve Settlement Agreement By And Between Chapter 7 Trustee And Earthlandscaping, Inc. d/b/a Earthscape and Lawn (the "Motion") is scheduled for a hearing before the Hon. Michael A. Fagone, or any judge that may be sitting in that judge's place, at **either** the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, or via Zoom as described below.

　　**To appear by Zoom via video, go to this link: https://www.zoomgov.com** and then enter the Meeting ID and Passcode listed below.

　　**To appear by Zoom using a telephone, call Zoom for Government at 1-646-828-7666** or 1-669-254-5252 and then enter the Meeting ID and Passcode listed below.

　　**The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398.** The Meeting ID and Passcode can also be found on the court's website.

　　A summary of the Motion is as follows:

　　The Chapter 7 Trustee, Timothy P. Smith (the "Trustee"), commenced an action under section 547 of the Bankruptcy Code to recover alleged preferential payments made by Detail Design Builders, LLC (the "Debtor") to Earthlandscaping, Inc. d/b/a Earthscape and Lawn ("Earthscape") in the amount of $40,000.00 (the "Claim"). Based upon defenses raised by Earthscape and other factors, the Trustee is settling the Claim for a payment of $6,100.00 to the bankruptcy estate (the "Settlement"). The Trustee, in his business judgment, has determined that

{S3007380.1}

the Settlement is in the best interests of the bankruptcy estate and its creditors. Absent the Settlement, the bankruptcy estate will be forced into uncertain litigation which may or may not ultimately benefit the bankruptcy estate.

A copy of the Motion is available upon request to the undersigned.

**YOUR RIGHTS MAY BE AFFECTED. You should read this notice and the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.** If you have no objection to the Motion, no action is required by you. If you do object to the Motion, or if you wish to be heard, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before **February 17, 2026**.

A copy of your objection or response must be mailed or delivered to the undersigned at the address set forth below, the case trustee, and the United States Trustee, and a certificate of such action must be filed with the clerk of the New Hampshire Bankruptcy Court. If you file an objection or response, you must also appear at the hearing on the date and time set forth above.

**If no objection(s) to the Motion is filed by February 17, 2026, the court may enter an order granting the Motion without a hearing.**

                                            Respectfully submitted,

                                            TIMOTHY P. SMITH, TRUSTEE
                                            By His Attorneys,
Dated: January 16, 2026                    SHEEHAN PHINNEY BASS & GREEN PA

                                            By: /s/ James S. LaMontagne
                                                James S. LaMontagne BNH 05483
                                                Sheehan Phinney Bass & Green, PA
                                                75 Portsmouth Blvd., Suite 110
                                                Portsmouth, NH 03801
                                                Phone: (603) 627-8102

{S3007380.1}