UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| DETAIL DESIGN BUILDERS, LLC | ) | |
| | ) | Case No. 22-10577-MAF |
| Debtors. | ) | |
| | ) | |
| TIMOTHY P. SMITH | ) | |
| | ) | |
| Plaintiff | ) | Adv. Pro. No. 24-01017-MAF |
| v. | ) | |
| | ) | |
| EARTHLANDSCAPING, INC. | ) | |
| d/b/a EARTHSCAPE AND LAWN | ) | |
| | ) | |
| Defendant | ) | |

**ORDER ON MOTION TO APPROVE SETTLEMENT AGREEMENT
BY AND BETWEEN CHAPTER 7 TRUSTEE AND
EARTHLANDSCAPING, INC. d/b/a EARTHSCAPE AND LAWN**

Upon The Trustee's Motion To Approve Settlement Agreement By And Between

Chapter 7 Trustee and Earthlandscaping, Inc. d/b/a Earthscape and Lawn (the "Motion"), no

further notice being necessary, and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1.      All capitalized terms, unless defined herein, have the meanings ascribed to them

in the Motion;

2.      The Motion is GRANTED; and,

3.       The Settlement Agreement is ALLOWED.

Dated:_____

_____
Hon. Michael A. Fagone
United States Bankruptcy Judge
Sitting By Designation

{S2417238.1}